# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## PA 2-536-817

**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
June 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Stardew Valley |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 26, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | ConcernedApe LLC |
| **Author Created:** | audiovisual material, computer program |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ConcernedApe LLC |
| | 701 N. 36th St., Suite 200, Seattle, WA, 98103, United States |

## Certification

| | |
|---|---|
| **Name:** | Robert Muraski |
| **Date:** | June 10, 2025 |

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:** PA0002536817
**Service Request #:** 1-14936663591



McNaul Ebel Nawrot & Helgren PLLC
Robert Muraski
600 University St., Suite 2700
Seattle, WA 98101 United States