**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ConcernedApe LLC, | |
| Plaintiff, | Case No. 26-cv-6257 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Judge Charles P. Kocoras |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff ConcernedApe LLC ("Stardew Valley") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Stardew Valley's Motion in part as follows.

This Court finds Stardew Valley has provided notice to Defendants in accordance with the Temporary Restraining Order entered June 29, 2026, [12] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Stardew Valley has provided a

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Stardew Valley's federally registered trademarks and copyrights (the "Stardew Valley IP") to residents of Illinois. In this case, Stardew Valley has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Stardew Valley IP. *See* Docket No. [9], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Stardew Valley IP.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Stardew Valley's previously granted Motion for Entry of a TRO establishes that Stardew Valley has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Stardew Valley will suffer irreparable harm if the injunction is not granted.

Specifically, Stardew Valley has proved a *prima facie* case of trademark infringement because (1) the Stardew Valley IP are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Stardew Valley IP, and (3) Defendants' use of the Stardew Valley IP is causing

2

a likelihood of confusion as to the origin or sponsorship of Defendants' products with Stardew Valley. Stardew Valley has proved a *prima facie* case of copyright infringement because (1) Stardew Valley has proved ownership of valid, existing copyright registrations and that (2) Defendants have copied constituent elements of the copyrighted works without authorization. Furthermore, Defendants' continued and unauthorized use of the Stardew Valley IP irreparably harms Stardew Valley through diminished goodwill and brand confidence, damage to Stardew Valley's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Stardew Valley has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Stardew Valley IP or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Stardew Valley product or not authorized by Stardew Valley to be sold in connection with the Stardew Valley IP;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Stardew Valley product or any other product produced by Stardew Valley, that is not Stardew Valley's or not produced under the authorization, control, or supervision of Stardew Valley and approved by Stardew Valley for sale under the Stardew Valley IP;

3

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Stardew Valley, or are sponsored by, approved by, or otherwise connected with Stardew Valley; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Stardew Valley, nor authorized by Stardew Valley to be sold or offered for sale, and which bear any of Stardew Valley's trademarks or copyrights, including the Stardew Valley IP, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Stardew Valley's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online

marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Stardew Valley expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Stardew Valley's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Stardew Valley IP.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Stardew Valley may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in the Exhibits to the Declaration of Stewart Miller and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any

notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Plaintiff's Schedule A [2], Exhibits to the Declaration of Robert Johns [8], and the TRO [12] are unsealed.

9.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Stardew Valley shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_Charles P. Kocoras_

Charles P. Kocoras
United States District Judge

Dated: July 28, 2026

7

**Schedule A**

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 1 | AUTUMNSWAN | https://www.amazon.com/sp?ie=UTF 8&seller=A241YCV16LSCZ1 |
| 2 | bloomgroom2026 | https://www.ebay.com/str/bloomgr oom2026 |
| 3 | danas_serad | https://www.ebay.com/str/danasse radjewelrystore |
| 4 | earlbu-12 | https://www.ebay.com/usr/earlbu- 12 |
| 5 | game688 | https://www.ebay.com/str/game688 |
| 6 | giftsandantiques | https://www.ebay.com/str/giftsan dantiques |
| 7 | missnerag | https://www.ebay.com/usr/missner ag |
| 8 | mohsin2025 | https://www.ebay.com/usr/mohsin2 025 |
| 9 | paridaht_75 | https://www.ebay.com/usr/paridah t_75 |
| 10 | productmelody | https://www.ebay.com/usr/product melody |
| 11 | sa_280316 | https://www.ebay.com/usr/sa_2803 16 |
| 12 | sapna8110 | https://www.ebay.com/usr/sapna81 10 |
| 13 | tayar-1872 | https://www.ebay.com/usr/tayar-1 872 |
| 14 | thedailypress126 | https://www.ebay.com/str/thedail ypress126 |
| 15 | xahaat80 | https://www.ebay.com/usr/xahaat8 0?_tab=about |
| 16 | PassionPlush.com | https://www.passionplush.com |
| 17 | **DISMISSED** | |
| 18 | SASUGATOYS | https://sasugatoys.com |
| 19 | SJJ PLUSH | https://sjjplush.com |
| 20 | Tee Hand US Store | https://teehandus.com |
| 21 | chongqingyouttuiidian | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =2232&main_goods_id=451960726&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dchongqin gyouttuiidian%60hz%3D0%60ps%3D1_ 1%60jc%3DthirdPartyStoreHome_118 2687839&src_module=DetailBrand&s rc_tab_page_id=page_goods_detail 1778224115321&store_code=1182687 839&tab=items |

8

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 22 | daliantongshaolinyishangmaodian | https://us.shein.com/store/home?store_code=3650850444 |
| 23 | gddsgg | https://us.shein.com/store/home?store_code=1480103276 |
| 24 | haopingsm | https://us.shein.com/store/home?dont_use_suggest_word=1&ici=s1%60RecentSearch%60stardew%20valley%60_fb%60d0%60page_store&keywords=stardew%20valley&main_cate_id=2447&main_goods_id=385571916&page=1&page_from=PageGoodsDetail&result_type=5&routeId=1025924074&rule_poskey=DetailShopItemList&search_type=store&src_identifier=st%3D5%60sc%3Dstardew%20valley%60sr%3D0%60ps%3D1&src_identifier_pre_search=on%3Dstore%60cn%3Dhaopingsm%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6181761875&src_module=store_search&src_tab_page_id=page_store1777966882836&store_code=6181761875&tab=items&type=search&url_from=page_store |
| 25 | zangkuidedian | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=426527520&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dzangkuidedian%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5804104207&src_module=DetailBrand&src_tab_page_id=page_goods_detail1777380743069&store_code=5804104207&tab=items |
| 26 | zgkngmhdf | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=406182740&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dzgkngmhdf%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6744426412&src_module=DetailBrand&src_tab_page_id=page_goods_detail1776778002775&store_code=6744426412&tab=items |
| 27 | JMin-Enterprise | https://www.walmart.com/seller/102838250 |

9

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 28 | Ride4ever | https://www.walmart.com/seller/102697152 |
| 29 | Eva Photo Studio | https://www.amazon.com/sp?seller=A2DL41XDQCMNV5 |
| 30 | Yinhui Ecological Agriculture | https://www.amazon.com/sp?ie=UTF8&seller=AXGIQUCTNUNOS |
| 31 | zhuzhouhaxinshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1JBHLL9B4KKWJ |
| 32 | anarv51 | https://www.ebay.com/usr/anarv51 |
| 33 | jacomor_34 | https://www.ebay.com/str/thenobleprint |
| 34 | kapal-4183 | https://www.ebay.com/str/themugnest |
| 35 | kontrest_65 | https://www.ebay.com/str/kontrestfemestore |
| 36 | lillianha-75 | https://www.ebay.com/str/lillianhayesue |
| 37 | schelkens-82 | https://www.ebay.com/str/schellkenscatrine609 |
| 38 | zesong015 | https://www.ebay.com/usr/zesong015 |
| 39 | HYYCCUE | https://www.hyyccue.com |
| 40 | Popfanprints.com | https://popfanprints.com/ |
| 41 | bowlucky | https://us.shein.com/store/home?store_code=8420615143&ici=PageGoodsDetail&main_cate_id=3421&main_goods_id=217464773&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dbowlucky%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_8420615143&src_module=DetailBrand&src_tab_page_id=page_risk_crawler_block1778056368772&tab=home |
| 42 | fdsrw | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1890&main_goods_id=430621128&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dfdsrw%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_8949071042&src_module=DetailBrand&src_tab_page_id=page_goods_detail1778590778889&store_code=8949071042&tab=items |
| 43 | fenwenhu | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3554&main_goods_id=272059635&pa |

10

| DOE No. | Defendants | Seller URL |
|---|---|---|
|  |  | ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dfenwenhu %60hz%3D0%60ps%3D1_1%60jc%3Dthir dPartyStoreHome_1401450294&src_m odule=DetailBrand&src_tab_page_i d=page_goods_detail1777453757699 &store_code=1401450294&tab=items |
| 44 | Printholic | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1738&main_goods_id=211186552&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DPrinthol ic%60hz%3D0%60ps%3D1_1%60jc%3Dth irdPartyStoreHome_6654329529&src _module=DetailBrand&src_tab_page _id=page_goods_detail17773618804 10&store_code=6654329529&tab=ite ms |
| 45 | ruitianm | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1914&main_goods_id=466482266&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Druitianm %60hz%3D0%60ps%3D1_1%60jc%3Dthir dPartyStoreHome_6839901682&src_m odule=DetailBrand&src_tab_page_i d=page_goods_detail1778677428270 &store_code=6839901682&tab=items |
| 46 | SDFV VGHH | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1738&main_goods_id=434090863&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DSDFV%20V GHH%60hz%3D0%60ps%3D1_1%60jc%3Dt hirdPartyStoreHome_2278698321&sr c_module=DetailBrand&src_tab_pag e_id=page_goods_detail1778589848 557&store_code=2278698321&tab=it ems |
| 47 | Yiwo Trading | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =7470&main_goods_id=427152689&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DYiwo%20T |

| DOE No. | Defendants | Seller URL |
|---|---|---|
|  |  | rading%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_7286956995&src_module=DetailBrand&src_tab_page_id=page_goods_detail1778061823822&store_code=7286956995&tab=items |
| 48 | yznyaofa | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1914&main_goods_id=466401195&page_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dyznyaofa%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_6608686023&src_module=DetailBrand&src_tab_page_id=page_goods_detail1778677041603&store_code=6608686023&tab=items |
| 49 | JJIEJIE | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224982499&goods_id=601103882796120&sticky_type=3&refer_page_el_sn=200446&_x_sessn_id=ey88p13aae&refer_page_name=goods&refer_page_id=10032_1778065672106_i7cvh7508z&refer_page_sn=10032 |
| 50 | Dragonhida Electronics | https://www.walmart.com/seller/102614819 |
| 51 | Jack Sparrow | https://www.walmart.com/seller/103089518 |
| 52 | aura6236 | https://www.ebay.com/str/aura6236 |
| 53 | berryshop | https://www.ebay.com/usr/berryshop |
| 54 | cadiaa6 | https://www.ebay.com/str/cadiaa6 |
| 55 | cecelia_99 | https://www.ebay.com/usr/cecelia_99 |
| 56 | cycling1120 | https://www.ebay.com/str/cycling1120 |
| 57 | duliumeng | https://www.ebay.com/str/duliumeng |
| 58 | robertbridgesy_42 | https://www.ebay.com/str/musictrendyshop |
| 59 | sebabut_60 | https://www.ebay.com/usr/sebabut_60 |
| 60 | Alundrart | https://alundrart.com |
| 61 | Batend | https://batend.com/ |
| 62 | Eaugrad | https://eaugrad.com |
| 63 | marnellshoerepair.com | https://marnellshoerepair.com |
| 64 | Sveyhome | https://sveyhome.com |

12

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 65 | teeclover | https://checkout.teeclover.com |
| 66 | USZTEE | https://www.usztee.com |
| 67 | 1zex7wx6l25y | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=121960492&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3D1zex7wx6l25y%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5859076374&src_module=DetailBrand&src_tab_page_id=page_goods_detail1762420872694&store_code=5859076374&tab=items |
| 68 | binbinhao | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=398193792&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dbinbinhao%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_4922331358&src_module=DetailBrand&src_tab_page_id=page_goods_detail1778152726862&store_code=4922331358&tab=items |
| 69 | Charles BarPL | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=5121&main_goods_id=398572666&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DCharles%20BarPL%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5173030989&src_module=DetailBrand&src_tab_page_id=page_goods_detail1777622173038&store_code=5173030989&tab=items |
| 70 | Chenshao shop | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=420031448&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DChenshao%20shop%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_7765920620&src_module=DetailBrand&src_tab_page_id=page_goods_detail1776850053517&store_code=7765920620&tab=items |

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 71 | CNUSCBK | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=440931023&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DCNUSCBK%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3545385537&src_module=DetailBrand&src_tab_page_id=page_goods_detail1776255392830&store_code=3545385537&tab=items |
| 72 | DaffodilDale0.3. | https://us.shein.com/store/home?store_code=4904603530 |
| 73 | dfhju | https://us.shein.com/store/home?store_code=5688606191 |
| 74 | fageman | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=2447&main_goods_id=392300566&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dfageman%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5091728076&src_module=DetailBrand&src_tab_page_id=page_goods_detail1777629022211&store_code=5091728076&tab=items |
| 75 | fsagwerg | https://us.shein.com/store/home?dont_use_suggest_word=1&ici=s1%60undefined%60stardew%20valley%60_fb%60d0%60page_store&keywords=stardew%20valley&main_cate_id=9099&main_goods_id=442864479&page=1&page_from=PageGoodsDetail&result_type=2&routeId=1025864351&rule_poskey=DetailShopItemList&search_type=store&src_identifier=st%3D2%60sc%3Dstardew%20valley%60sr%3D0%60ps%3D1&src_identifier_pre_search=on%3Dstore%60cn%3Dfsagwerg%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_9888457275&src_module=store_search&src_tab_page_id=page_store1777977766923&store_code=9888457275&tab=items&type=search&url_from=page_store |
| 76 | Graffiti Grain | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=171789402&page_from=PageGoodsDetail&rule_pos |

14

| DOE No. | Defendants | Seller URL |
|---|---|---|
|  |  | key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DGraffiti %20Grain%60hz%3D0%60ps%3D1_1%60j c%3DthirdPartyStoreHome_39870951 91&src_module=DetailBrand&src_ta b_page_id=page_goods_detail17786 78449163&store_code=3987095191&t ab=items |
| 77 | guizhoulingwumaoyidian | https://us.shein.com/store/home? dont_use_suggest_word=1&ici=s1%6 0RecentSearch%60stardew%20valley %60_fb%60d0%60page_store&keyword s=stardew%20valley&main_cate_id= 1738&main_goods_id=351735375&pag e=1&page_from=PageGoodsDetail&re sult_type=5&routeId=1025875436&r ule_poskey=DetailShopItemList&se arch_type=store&src_identifier=s t%3D5%60sc%3Dstardew%20valley%60 sr%3D0%60ps%3D1&src_identifier_p re_search=on%3Dstore%60cn%3Dguiz houlingwumaoyidian%60hz%3D0%60ps %3D1_1%60jc%3DthirdPartyStoreHom e_5521365028&src_module=store_se arch&src_tab_page_id=page_store1 777361302383&store_code=55213650 28&tab=items&type=search&url_fro m=page_store |
| 78 | haohaoL | https://us.shein.com/store/home? dont_use_suggest_word=1&ici=s1%6 0RecentSearch%60stardew%20valley %60_fb%60d0%60page_store&keyword s=stardew%20valley&main_cate_id= 1738&main_goods_id=389701948&pag e=1&page_from=PageGoodsDetail&re sult_type=5&routeId=1025137542&r ule_poskey=DetailShopItemList&se arch_type=store&src_identifier=s t%3D5%60sc%3Dstardew%20valley%60 sr%3D0%60ps%3D1&src_identifier_p re_search=on%3Dstore%60cn%3Dhaoh aoL%60hz%3D0%60ps%3D1_1%60jc%3Dt hirdPartyStoreHome_3155030722&sr c_module=store_search&src_tab_pa ge_id=page_store1778588721116&st ore_code=3155030722&tab=items&ty pe=search&url_from=page_store |
| 79 | HECHENGCD SHOP | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id |

| DOE No. | Defendants | Seller URL |
|---|---|---|
| | | =5121&main_goods_id=399071428&page_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DHECHENGC D%20SHOP%60hz%3D0%60ps%3D1_1%60j c%3DthirdPartyStoreHome_55787519 10&src_module=DetailBrand&src_ta b_page_id=page_goods_detail17776 36251871&store_code=5578751910&t ab=items |
| 80 | Hide···1··· | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1738&main_goods_id=403999670&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DHide%C2% B7%C2%B7%C2%B71%C2%B7%C2%B7%C2 %B 7%60hz%3D0%60ps%3D1_1%60jc%3Dthi rdPartyStoreHome_8437704966&src_ module=DetailBrand&src_tab_page_ id=page_goods_detail177763727616 6&store_code=8437704966&tab=item s |
| 81 | Huanan MZ16 | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =2287&main_goods_id=455833273&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DHuanan%2 0MZ16%60hz%3D0%60ps%3D1_1%60jc%3 DthirdPartyStoreHome_2870012992& src_module=DetailBrand&src_tab_p age_id=page_goods_detail17782329 49737&store_code=2870012992&tab= items |
| 82 | Jumo shop | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =2447&main_goods_id=388304357&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DJumo%20s hop%60hz%3D0%60ps%3D1_1%60jc%3Dt hirdPartyStoreHome_3707412686&sr c_module=DetailBrand&src_tab_pag e_id=page_goods_detail1777630000 489&store_code=3707412686&tab=it ems |

16

| DOE No. | Defendants | Seller URL |
|---|---|---|
| 83 | liaojf shop | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1773&main_goods_id=436161264&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dliaojf%20shop%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3256208652&src_module=DetailBrand&src_tab_page_id=page_goods_detail1777363885896&store_code=3256208652&tab=items |
| 84 | lidongfei | https://us.shein.com/store/home?store_code=4610118282&ici=PageGoodsDetail&main_cate_id=9100&main_goods_id=400172523&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dlidongfei%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_4610118282&src_module=DetailBrand&src_tab_page_id=page_goods_detail1777455610541&tab=home |
| 85 | Lingzz | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1780&main_goods_id=454742700&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DLingzz%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3188331358&src_module=DetailBrand&src_tab_page_id=page_goods_detail1778223628663&store_code=3188331358&tab=items |
| 86 | lixiayandedianpu | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1773&main_goods_id=344076842&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dlixiayandedianpu%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_4732201896&src_module=DetailBrand&src_tab_page_id=page_goods_detail1773153690341&store_code=4732201896&tab=items |
| 87 | Lvbuisevbse | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=9100&main_goods_id=443799016&pa |

17

| DOE No. | Defendants | Seller URL |
|---|---|---|
| | | ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DLvbuisev bse%60hz%3D0%60ps%3D1_1%60jc%3Dt hirdPartyStoreHome_8686514138&sr c_module=DetailBrand&src_tab_pag e_id=page_goods_detail1778153249 758&store_code=8686514138&tab=it ems |
| 88 | MYKKLOVE | https://us.shein.com/store/home? store_code=6245474157 |
| 89 | nyrtdh | https://us.shein.com/store/home? dont_use_suggest_word=1&ici=s1%6 0RecentSearch%60stardew%20valley %60_fb%60d0%60page_store&keyword s=stardew%20valley&main_cate_id= 5121&main_goods_id=384597321&pag e=1&page_from=PageGoodsDetail&re sult_type=5&routeId=1025935932&r ule_poskey=DetailShopItemList&se arch_type=store&src_identifier=s t%3D5%60sc%3Dstardew%20valley%60 sr%3D0%60ps%3D1&src_identifier_p re_search=on%3Dstore%60cn%3Dnyrt dh%60hz%3D0%60ps%3D1_1%60jc%3Dth irdPartyStoreHome_3274748122&src _module=store_search&src_tab_pag e_id=page_store1777978062540&sto re_code=3274748122&tab=items&typ e=search&url_from=page_store |
| 90 | SaffronHa·1·ven | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =5119&main_goods_id=386864113&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DSaffronH a%C2%B71%C2%B7ven%60hz%3D0%60ps% 3D1_1%60jc%3DthirdPartyStoreHome _1113446526&src_module=DetailBra nd&src_tab_page_id=page_goods_de tail1777636034335&store_code=111 3446526&tab=items |
| 91 | sf vbhnj | https://us.shein.com/store/home? dont_use_suggest_word=1&ici=s1%6 0RecentSearch%60stardew%20valley %60_fb%60d0%60page_store&keyword s=stardew%20valley&main_cate_id= 1738&main_goods_id=381349194&pag e=1&page_from=PageGoodsDetail&re |

18

| DOE No. | Defendants | Seller URL |
|---|---|---|
| | | sult_type=5&routeId=1025406968&rule_poskey=DetailShopItemList&search_type=store&src_identifier=st%3D5%60sc%3Dstardew%20valley%60sr%3D0%60ps%3D1&src_identifier_pre_search=on%3Dstore%60cn%3Dsf%20vbhnj%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_3649838507&src_module=store_search&src_tab_page_id=page_store1778590316042&store_code=3649838507&tab=items&type=search&url_from=page_store |
| 92 | sfsgd | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1780&main_goods_id=454729178&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dsfsgd%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_2307603384&src_module=DetailBrand&src_tab_page_id=page_goods_detail1778224423850&store_code=2307603384&tab=items |
| 93 | vnfdgfsh | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1738&main_goods_id=138087029&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dvnfdgfsh%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_8384374386&src_module=DetailBrand&src_tab_page_id=page_goods_detail1772638317392&store_code=8384374386&tab=items |
| 94 | WANGHONGJUNRT SHOP | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=2136&main_goods_id=451817460&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DWANGHONGJUNRT%20SHOP%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_4773506869&src_module=DetailBrand&src_tab_page_id=page_goods_detail1778152301974&store_code=4773506869&tab=items |
| 95 | Wangyulai shop | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=5121&main_goods_id=369664074&pa |

| DOE No. | Defendants | Seller URL |
|---|---|---|
|  |  | ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DWangyula i%20shop%60hz%3D0%60ps%3D1_1%60j c%3DthirdPartyStoreHome_68798862 76&src_module=DetailBrand&src_ta b_page_id=page_goods_detail17776 30335492&store_code=6879886276&t ab=items |
| 96 | xingzhiqiang22 | https://us.shein.com/store/home? store_code=3885613858&ici=PageGo odsDetail&main_cate_id=1738&main _goods_id=425440908&page_from=Pa geGoodsDetail&rule_poskey=Detail ShopItemList&src_identifier=on%3 Dstore%60cn%3Dxingzhiqiang22%60h z%3D0%60ps%3D1_1%60jc%3DthirdPar tyStoreHome_3885613858&src_modul e=DetailBrand&src_tab_page_id=pa ge_goods_detail1776849806216&tab =home |
| 97 | XLBFGNGHGN | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1738&main_goods_id=423866163&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DXLBFGNGH GN%60hz%3D0%60ps%3D1_1%60jc%3Dth irdPartyStoreHome_6796207382&src _module=DetailBrand&src_tab_page _id=page_goods_detail17785895654 29&store_code=6796207382&tab=ite ms |
| 98 | yangyixi | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1738&main_goods_id=384632384&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dyangyixi %60hz%3D0%60ps%3D1_1%60jc%3Dthir dPartyStoreHome_8348266604&src_m odule=DetailBrand&src_tab_page_i d=page_goods_detail1775460404115 &store_code=8348266604&tab=items |
| 99 | yangyuchao | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =5121&main_goods_id=400233493&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident |

| DOE No. | Defendants | Seller URL |
|---|---|---|
| | | ifier=on%3Dstore%60cn%3Dyangyuch ao%60hz%3D0%60ps%3D1_1%60jc%3Dth irdPartyStoreHome_3783521782&src _module=DetailBrand&src_tab_page _id=page_goods_detail17776304952 87&store_code=3783521782&tab=ite ms |
| 100 | yongzhoushilengshuitanquxunlizhe nshangmaohao | https://us.shein.com/store/home? store_code=5205181676&ici=PageGo odsDetail&main_cate_id=8566&main _goods_id=385109053&page_from=Pa geGoodsDetail&rule_poskey=Detail ShopItemList&src_identifier=on%3 Dstore%60cn%3Dyongzhoushilengshu itanquxunlizhenshangmaohao%60hz% 3D0%60ps%3D1_1%60jc%3DthirdParty StoreHome_5205181676&src_module= DetailBrand&src_tab_page_id=page _goods_detail1778153603196&tab=h ome |
| 101 | Yueyue Children's Accessories St ore | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =2287&main_goods_id=455253646&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DYueyue%2 0Children%27s%20Accessories%20St ore%60hz%3D0%60ps%3D1_1%60jc%3Dt hirdPartyStoreHome_2364704077&sr c_module=DetailBrand&src_tab_pag e_id=page_goods_detail1778225590 805&store_code=2364704077&tab=it ems |
| 102 | Zhijiang City Biankong Trading C o. Ltd. | https://us.shein.com/store/home? store_code=9100474099&ici=PageGo odsDetail&main_cate_id=5147&main _goods_id=446876596&page_from=Pa geGoodsDetail&rule_poskey=Detail ShopItemList&src_identifier=on%3 Dstore%60cn%3DZhijiang%20City%20 Biankong%20Trading%20Co.%20Ltd.% 60hz%3D0%60ps%3D1_1%60jc%3Dthird PartyStoreHome_9100474099&src_mo dule=DetailBrand&src_tab_page_id =page_goods_detail1778062223355& tab=home |
| 103 | Zhijiang City Songji Jing Tradin g Co. Ltd. | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =2287&main_goods_id=414511849&pa |

| DOE No. | Defendants | Seller URL |
|---|---|---|
| | | ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DZhijiang %20City%20Songji%20Jing%20Tradin g%20Co.%20Ltd.%60hz%3D0%60ps%3D1 _1%60jc%3DthirdPartyStoreHome_15 25314804&src_module=DetailBrand& src_tab_page_id=page_goods_detai l17777456721358&store_code=152531 4804&tab=items |
| 104 | zhnagxiao132 | https://us.shein.com/store/home? store_code=3387887773&ici=PageGo odsDetail&main_cate_id=1773&main _goods_id=444016630&page_from=Pa geGoodsDetail&rule_poskey=Detail ShopItemList&src_identifier=on%3 Dstore%60cn%3Dzhnagxiao132%60hz% 3D0%60ps%3D1_1%60jc%3DthirdParty StoreHome_3387887773&src_module= DetailBrand&src_tab_page_id=page _goods_detail1776850459532&tab=h ome |
| 105 | zhuxiangchong | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1738&main_goods_id=392314641&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dzhuxiang chong%60hz%3D0%60ps%3D1_1%60jc%3 DthirdPartyStoreHome_5980832728& src_module=DetailBrand&src_tab_p age_id=page_goods_detail17772859 58568&store_code=5980832728&tab= items |

22